UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-139-RJC-DSC

| | |
|---|---|
| KELLY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HELMS ROBINSON & LEE, P.A., ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* request to seal the case file. (Doc. No. 31.)

Plaintiff filed this action against Defendants on March 17, 2016. (Doc. No. 1.) The parties settled the case at Mediation and filed a Stipulation of Dismissal with prejudice. (Doc. No. 30.) Since that time, Plaintiff has sent this court a "formal letter to request to have a file sealed or expunged" but did not elaborate on what precisely should be sealed, nor did the filing elaborate on the reasons. (Doc. No. 31.) Western District of North Carolina Local Rule 6.1 governs sealed filings in this district, within which Local Rule 6.1(c) lists specific requirements for such a motion.[1] Plaintiff's motion was not filed in accordance with this rule and does not

---

[1] "A party's request to file materials under seal must be made by formal motion, separate from the motion or other pleading sought to be sealed, pursuant to LCvR 7.1. Such motion must be filed under the designation "Motion to Seal." The motion must set forth: (1) A non-confidential description of the material sought to be sealed; (2) A statement indicating why sealing is necessary and why there are no

1

contain a description sufficient to let the court know what information is to be sealed, why sealing such information is necessary, how long the information is to remain sealed, and legal precedent supporting the action. Local Rule 6.1(c). This Court will therefore deny the motion but allow Plaintiff to refile in accordance with local rules.

**THEREFORE**, this Court hereby orders that Plaintiff's Motion to Seal, (Doc. No. 31), is **DENIED without prejudice**.

**SO ORDERED.**

Signed: March 10, 2021

*[signature]*

Robert J. Conrad, Jr.
United States District Judge

---

alternatives to filing under seal; (3) Unless permanent sealing is sought, a statement indicating how long the party seeks to have the material maintained under seal and how the matter is to be handled upon unsealing; and (4) Supporting statutes, case law, or other authority. To the extent the party must disclose any confidential information in order to support the motion to seal, the party may provide that information in a separate memorandum filed under seal." Local Rule 6.1(c).